# EXHIBIT 3

| | |
|---|---|
| **From:** | Virginia Cooper <vcooper.rx2live@gmail.com> |
| **Sent:** | Friday, March 27, 2020 1:44 PM |
| **To:** | Tiffani Quinto |
| **Subject:** | PPE products |
| **Attachments:** | Copy of COVID PPE Products-Price List.xlsx |

Tiffany,

Please see attached the PPE products that are available through RX2LIVE. Please reach out with any additional questions and I will do my best to answer them or get them answered as swiftly as possible.

**CAUTION: \*\*EXTERNAL EMAIL\*\*** Do NOT click links or open attachments unless you recognize the sender and

1

RX2Live

## Personal Protective Equipment Product/Price List  3-26-2020

| ITEM # | DESCRIPTION | MIN. QTY / unit | UNIT PRICE per each piece unless noted | |
|---|---|---|---|---|
| 00A | Face Mask  N95        #8210 direct from 3M | 10,000,000 ea. | $ 4.95 | |
| 001 | Face Mask  N95                                              (CE, FDA) | 100,000 ea. | $ 3.89 | |
| 001A | Face Mask N95                                               (CE, FDA) | 20,000 ea. | TBD | |
| 002 | Face Mask KN95                                                   (CE) | 100,000 ea. | $ 1.99 | |
| 003 | Face Mask Medical - disposable                          (CE) | 100,000 ea. | $ 0.52 | |
| 004 | Face Mask-Surgical - disposable                   (CE, FDA) | 100,000 ea. | $ 0.76 | |
| 005 | Face Mask Daily - disposable                               (CE) | 100,000 ea. | $ 0.39 | |
| 006 | Isolation Gown - Hospital ICU                            (CE) | 10,000 ea. | $ 56.25 | |
| 007 | Isolation Gown - Hospital Normal                     (CE) | 10,000 ea. | $ 14.10 | |
| 008 | Daily Protective Gown                                       (CE) | 10,000 ea. | $ 11.00 | |
| 009 | Nitrile Gloves - powder free                          (CE, FDA) | 3,000 cartons | $ 68.00 | price per carton |
| 010 | PVC Gloves - powder free                              (CE, FDA) | 3,000 cartons | $ 47.00 | price per carton |
| 011 | Medical Face Shield                                      (CE, FDA) | 5,000 cartons | $ 6.00 | |
| 012 | Glasses/Goggles 3m Anti-mist                      (CE, FDA) | 100,000 cartons | $ 9.75 | |
| 013 | Hand Sanitizer- Antibacterial 75% alcohol / 55ml     (CE) | 100,000 cartons | $ 2.70 | |
| 014 | Hand Sanitizer- Antibacterial 75% alcohol / 100g    (CE) | 100,000 cartons | $ 2.80 | |
| 015 | Hand Sanitizer- Antibacterial 75% alcohol / 100ml   (CE) | 100,000 cartons | $ 2.80 | |
| 016 | Hand Sanitizer- Antibacterial 75% alcohol / 500ml   (CE) | 100,000 cartons | $ 4.80 | |
| 016A | Hand Sanitizer- Antibacterial 75% alcohol / 55ml   (SDS) | 100 cases | $ 5.80 | |
| 017 | COVID-19 IgG/IgM Detection                             (CE) | 10,000 cartons | $ 19.75 | |
| 018 | Thermometer-Infrared                                          (CE) | 10,000 cartons | $ 49.99 | |

*Information about quantities in each carton or case will be coming.