# EXHIBIT 4

**From:**            Virginia Cooper <vcooper.rx2live@gmail.com>
**Sent:**            Monday, March 30, 2020 4:01 PM
**To:**              Tiffani Quinto
**Subject:**         Here is the latest PPE update that I have been given.
**Attachments:**     PPE Product List - pictures  3-26-20 (1).pptx


Attached are pictures, catalog codes, pricing and minimum requirements.

Virginia Cooper

**CAUTION: **EXTERNAL EMAIL**** Do NOT click links or open attachments unless you recognize the sender and



#01860

**3M N95 1860**
*Direct from 3M*

Minimum Order 10 million

*3M requires payment in full before order can be placed.  Payment is held in escrow until the order is completed*

$5.20 ea



#08210

**3M N95 8210**
*Direct from 3M*

Minimum Order 10 million

*3M requires payment in full before order can be placed.  Payment is held in escrow until the order is completed*

$4.95 ea



#001

**N95**
*CE, FDA*

Minimum Order 100,000

$2.99 ea



#002

**KN95**
*CE*

Minimum Order 100,000

$1.99 ea



#003

**Medical Face Masks - Disposable**
*CE*

Minimum Order 100,000

$0.52 ea



#004

**Surgical Masks - Disposable (Ethylene Oxide Sterile)**
*CE, FDA*

Minimum Order 100,000

$0.76 ea



#005

**Daily Protective Face Mask - Disposable**
*CE, FDA*

Minimum Order 100,000

$0.39 ea





#006

**Isolation Gowns - Hospital ICU Use**
*CE*

Minimum Order 10,000

$56.25 ea



#007

**Isolation Gowns - Hospital Normal Use**
*CE*

Minimum Order 10,000

$14.10 ea



#008

**Daily Protective Gowns**
*CE*

Minimum Order 10,000

$11.00 ea



#009

**Nitrile Gloves – Powder Free**
*CE, FDA*

Minimum Order 3,000 Cartons

$68/carton



#010

**PVC Gloves – Powder Free**
*CE, FDA*

Minimum Order 3,000 Cartons

$47/carton



#011

**Medical Face Shield**
*CE, FDA*

Minimum Order 5,000 Shields

$6.00



#012

**3M Protective Anti-Mist Glasses**
*CE, FDA*

Minimum Order 100,000 Cartons

$9.75



#013

**Antibacterial Instant Hand Sanitizer – 75% Alcohol**
*CE*

Minimum Order 100,000 Cartons

$2.70



100g

#014

**Antibacterial Instant Hand Sanitizer – 75% Alcohol**
*CE*

Minimum Order 100,000 Cartons

$2.80



100ml

#015

**Antibacterial Instant Hand Sanitizer – 75% Alcohol**
*CE*

Minimum Order 100,000 Cartons

$2.80



500ml

#016

**Antibacterial Instant Hand Sanitizer – 75% Alcohol**
*CE*

Minimum Order 100,000 Cartons

$4.80



#016A

**Antibacterial Instant Hand Sanitizer – 75% Alcohol**
*SDS*

Minimum Order 100 Cases

$5.80



#017

**COVID-19 IgG/IgM Detection Kit
(Colloidal Gold)**
*CE*

Minimum Order 10,000 Cartons

$19.75





#018

**Infrared Thermometer**
*CE*

Minimum Order 10,000 Cartons

$49.99