# EXHIBIT 9



Copy of COVID PPE Products-Price List (006).xlsx  [Protected View] - Excel

?

Info

New

Open

Save

Save As

Save As Kofax PDF

Save as new version

Print

Share

Export

Publish

Close

Account

# Info

## Copy of COVID PPE Products-Price List (006)

E-mail attachment:   C:\Users\jj054273\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\GVEIXDE8\Copy of COVID PPE Products-Price List (006).xlsx

### Protected View

This file came from your email, so we opened it in a way that helps to keep your computer safe from viruses (just in case).

Don't worry—you can continue reading in this view. If you need to edit, and you trust this file, then enable editing.

Enable Editing

Protected View Settings

Learn more about Protected View

### Properties

| | |
|---|---|
| Size | 12.6KB |
| Title | None |
| Tags | None |
| Categories | None |

### Related Dates

| | |
|---|---|
| Last Modified | 3/26/2020 6:11 PM |
| Created | 3/26/2020 3:02 PM |
| Last Printed | |

### Related People

| | |
|---|---|
| Author | M P P |
| Last Modified By | Alex Myers |

Show All Properties

PPE Product List - pictures  3-26-20 (1).pptx - PowerPoint



Info

New

Open

Save

Save As

Save As Kofax
PDF

Save as
new
version

Print

Share

Export

Close

Account

Options

# Info

## PPE Product List - pictures  3-26-20 (1)

Desktop » 3M



### Compatibility Mode
Converting this file will enable currently disabled features, which may result in layout changes.

Convert



### Protect Presentation
Control what types of changes people can make to this presentation.

Protect
Presentation ▾



### Inspect Presentation
Before publishing this file, be aware that it contains:
- Document properties, author's name and cropped out image data
- Content that people with disabilities are unable to read

Check for
Issues ▾



### Manage Presentation
Check in, check out, and recover unsaved changes.
- There are no unsaved changes.

Manage
Presentation ▾



iManage
Properties

### Properties ▾

| | |
|---|---|
| Size | 4.72MB |
| Slides | 21 |
| Hidden slides | 0 |
| Title | PowerPoint Presentation |
| Tags | Add a tag |
| Categories | Add a category |

### Related Dates

| | |
|---|---|
| Last Modified | 3/30/2020 3:36 PM |
| Created | 3/25/2020 10:10 AM |
| Last Printed | |

### Related People

Author  Kendel

Add an author

Last Modified By  Alex Myers

### Related Documents

 Open File Location

**Show All Properties**