MAYER BROWN LLP
CARMINE R. ZARLENGA (*pro hac vice*)
czarlenga@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

DALE GIALI (SBN 150382)
dgiali@mayerbrown.com
KERI E. BORDERS (SBN 194015)
kborders@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile: (213) 625-0248

*Attorneys for Plaintiff 3M Company*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 3M COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RX2LIVE, LLC and RX2LIVE, INC.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00523-NONE-SAB<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST RX2LIVE, LLC AND RX2LIVE, INC.**<br><br>[*Filed concurrently with Plaintiff's Memorandum of Points and Authorities; Declaration of Dale Giali; Declaration of Carmine R. Zarlenga; Declaration of Charles Stobbie; Declaration of David A. Crist; and [Proposed] Order*]<br><br>Action Filed: April 10, 2020<br>Amended Complaint Filed: April 19, 2020<br>Jury Trial Demanded |

**PLEASE TAKE NOTICE** that, Plaintiff 3M Company, by and through its undersigned counsel, will move The Honorable Dale A. Drozd, in the United States District Court for the Eastern District of California, 2500 Tulare Street, Fresno, California 93721 on a date and at a time that the Court so orders, based on the accompanying Memorandum of Points and Authorities, the Declarations of Dale Giali, Carmine R. Zarlenga, Charles Stobbie, and David A. Crist, and the record in this lawsuit, for an Order granting a Temporary Restraining Order against Defendants RX2Live, LLC and RX2Live, Inc. and an Order to Show Cause as to why the Court should not enter an Order for a Preliminary Injunction, pursuant to Fed. R. Civ. P. 65(a), which: (i) preliminarily enjoins Defendants, their agents, servants, employees, officers and all persons and entities in active concert and participation with them from using the "3M" trademarks (the "3M Marks") and any other word, name, symbol, device, or combination thereof that is confusingly similar to the 3M Marks, for, on, and/or in connection with the manufacture, distribution, advertising, promoting, offering for sale, and/or sale of any goods or services, including, without limitation, Plaintiff's 3M-brand N95 respirators, during the pendency of this action; and (ii) preliminarily enjoins Defendants, their agents, servants, employees, officers and all persons and entities in active concert and participation with them from engaging in any false, misleading, and/or deceptive conduct in connection with 3M and its products, including, without limitation, representing themselves as being authorized distributors, vendors, agents, representatives, retailers, and/or licensees of 3M and/or any of 3M's products (including, without limitation, 3M-brand N95 respirators); falsely representing to have an association or affiliation with, sponsorship by, and/or connection with, 3M and/or any of 3M's products; falsely representing that 3M has increased the price(s) of its 3M-brand N95 respirators; and offering to sell any of 3M's products at a price and/or in a manner that would constitute a violation California Penal Code § 396 and/or California Business and Professions Code §§ 17200 *et seq.*, during the pendency of this action.

| | | |
|---|---|---|
| Dated: | April 27, 2020 | Respectfully submitted, |

/s/ Carmine R. Zarlenga
Carmine R. Zarlenga

MAYER BROWN LLP
CARMINE R. ZARLENGA (*pro hac vice*)
*czarlenga@mayerbrown.com*
1999 K Street, N.W.
Washington, DC  20006-1101
Telephone:     (202) 263-3000
Facsimile:      (202) 263-3300

DALE GIALI (SBN 150382)
*dgiali@mayerbrown.com*
KERI E. BORDERS (SBN 194015)
*kborders@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:     (213) 229-9500
Facsimile:      (213) 625-0248

*Attorneys for Plaintiff 3M Company*