1

MAYER BROWN LLP
CARMINE R. ZARLENGA (*pro hac vice*)

2

*czarlenga@mayerbrown.com*

3

1999 K Street, N.W.
Washington, DC  20006-1101

4

Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

5

6

DALE GIALI (SBN 150382)
*dgiali@mayerbrown.com*

7

KERI E. BORDERS (SBN 194015)
*kborders@mayerbrown.com*

8

350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503

9

Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

10

11

*Attorneys for Plaintiff 3M Company*

12

**UNITED STATES DISTRICT COURT**

13

**EASTERN DISTRICT OF CALIFORNIA**

14

15

3M COMPANY,

Case No. 1:20-cv-00523-NONE-SAB

16

Plaintiff,

**DECLARATION OF CHARLES STOBBIE IN SUPPORT OF PLAINTIFF 3M COMPANY'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

17

vs.

18

RX2LIVE, LLC and RX2LIVE, INC.,

19

Defendants.

[*Filed concurrently with Plaintiff's Notice of Motion; Memorandum of Points and Authorities; Declaration of Dale Giali; Declaration of Carmine R. Zarlenga; Declaration of David A. Crist; and [Proposed] Order*]

20

21

22

23

Action Filed:  April 10, 2020
Amended Complaint Filed:  April 19, 2020
Jury Trial Demanded

24

25

26

27

28

1    I, Charles Stobbie, declare as follows:

2        1.      I am a resident of the State of Minnesota; over the age of 18; and competent to make

3    this declaration.  I could and would testify as to the matters set forth herein, if called upon to do so.

4        2.      I am a Marketing Technologies and Digital Experience Director at 3M Company

5    ("3M").  Until very recently, I served as Global Marketing Operations Leader for 3M's Personal

6    Safety Division.  The information set forth herein is based on my personal knowledge obtained

7    through the course of my duties at 3M, which include, among other things, 3M's: (i) brand-

8    development and marketing efforts for 3M's Personal Safety Division; (ii) trademark policies; (iii)

9    sales and pricing guidelines; and (iv) efforts to assist in the battle against COVID-19.  The

10   information set forth herein is also based on my review of records and documents (including

11   electronic records) maintained in the regular course of 3M's business, and the complaint in this

12   lawsuit.

13       3.      I submit this declaration in support of 3M's motion for a temporary restraining order

14   and preliminary injunction against Defendants RX2Live, LLC and RX2Live, Inc. ("RX2Live") in

15   the above-referenced action.

16   ***3M's Efforts In the Battle Against the COVID-19 Public Health Crisis***

17       4.      For decades, 3M has been a leading provider of personal protective equipment

18   ("PPE") for healthcare professionals, industry workers and the public.  This PPE includes N95

19   respirators, of which 3M is a leading manufacturer.

20       5.      3M's N95-rated filtering facepiece respirators have a filtration efficiency of at least

21   95% against non-oily particles when tested using the U.S. National Institute for Occupational

22   Safety and Health criteria.

23       6.      As a leading provider of PPE, 3M is "committed to getting personal protective

24   equipment to healthcare workers":

25   / / /

26   / / /

27   / / /

28   / / /

- 1 -



7.      Among the PPE that 3M is providing to the heroic individuals on the front lines of the battle against COVID-19 are 3M-brand N95 respirators.

8.      Since the outbreak of COVID-19 in early 2020, 3M has doubled its global output rate of filtering facepiece respirators, such as N95 respirators, to 1.1 billion per year, to seek to ensure that adequate supply is available to governments and healthcare personnel, as well as to workers in other critical industries, including food, energy and pharmaceutical.  *See* **Exhibit 1** (*3M Outlines Latest Actions on COVID-19 Response*, 3M Company, available at https://news.3m.com/press-release/company-english/3m-outlines-latest-actions-covid-19-response (March 31, 2020)).

9.      3M is currently producing 35 million of its 3M-brand N95 respirators each month in the United States.  *See* Ex. 1; *see also* **Exhibit 2** (*3M and Trump Administration Announce Plan to Import 166.5 million Additional Respirators into the United States Over the Next Three Months*, 3M Company, available at https://news.3m.com/blog/3m-stories/3m-and-trump-administration-announce-plan-import-1665-million-additional-respirators (Apr. 6, 2020)).  Approximately 90% of these respirators are now distributed for use by healthcare workers.  *See* Ex. 1; *see also* **Exhibit 3** (*Helping the world respond to COVID-19*, 3M Company, available at https://www.3m.com/3M/en_US/company-us/coronavirus/ (last accessed Apr. 21, 2020)).

10.     In the last seven days of March 2020, alone, 3M sent 10 million of its 3M-brand respirators to healthcare facilities around the United States.  *See* Ex. 1.  Over the course of the next three months, 3M expects to import 166.5 million of its 3M-brand respirators to the United States.  *See* Ex. 2.

11.     To help meet the growing demand for respirators during COVID-19, 3M has invested the resources needed to double its current global production of 1.1 billion 3M-brand filtering facepiece respirators, such as N95 respirators, a year to 2 billion respirators a year within the next 12 months.  *See* Exs. 1, 3.

12.     At the same time, 3M has **not** increased the prices that it charges for 3M-brand N95 respirators as a result of the COVID-19 pandemic.  *See, e.g.*, Ex. 3 ("We have not increased the prices we charge for 3M respirators in this crisis").

13.     3M has received public commendation and praise for its contributions to the COVID-19 pandemic response, particularly with respect to its production of 3M-brand N95 respirators.  Based on the public commendation and praise, and widespread media coverage of 3M-brand N95 respirators during the COVID-19 pandemic, the public is more aware now than ever that 3M manufacturers N95 respirators and other PPE that is essential to helping protect healthcare personnel and workers by reducing exposure to airborne particles including those that may contain biological material such as viruses like COVID-19.

***3M's Efforts to Deter Price Gouging and Counterfeiting in Response to the Pandemic***

14.     In an effort to thwart third-party price-gouging, counterfeiting, and outright fraud in relation to 3M-brand N95 respirators, 3M has worked closely with law enforcement, retail partners, and others.  For example, on March 24, 2020, 3M's Chief Executive Officer, Mike Roman, sent a letter to U.S. Attorney General William Barr, and the President of the National Governors' Association, Larry Hogan of Maryland, to offer 3M's partnership in combatting price-gouging.  *See* **Exhibit 4** (*3M Supports Efforts to Curb Pandemic Profiteers*, 3M Company, available at https://news.3m.com/press-release/company-english/3m-supports-efforts-curb-pandemic-profiteers (March 24, 2020)).

DECLARATION OF CHARLES STOBBIE ISO MOTION FOR TRO,
1:20-CV-00523-NONE-SAB

15.     In addition, 3M has (a) posted the single-case U.S. list price for several of its 3M-brand N95 respirators on its website so that customers can more readily identify price-gouging (*see* **Exhibit 5** (*Fraudulent Activity, Price Gouging, and Counterfeit Products*, 3M Company, available at https://multimedia.3m.com/mws/media/1803670O/fraudulent-activity-price-gouging-and-counterfeit-products.pdf (Apr. 8, 2020))); (b) created a form on its website through which customers can report suspected incidents of price-gouging and counterfeiting (see **Exhibit 6** (*3M COVID-19 Anti-Fraud, Anti-Price Gouging, and Anti-Counterfeiting Reporting*, 3M Company, available at https://engage.3m.com/covidfraud (last accessed on Apr. 20, 2020)); and (c) established a fraud "hotline" that customers can call to report suspect incidents of price-gouging and counterfeiting (*see* Ex. 3 at p. 3 ("Call the fraud hotline.")).

16.     Collectively, the goal of these efforts is to help protect the public from inappropriate, counterfeit, and/or inferior products and outrageous and unwarranted price inflation.  3M also actively investigates and acts on complaints in order to protect the goodwill and reputation of the 3M brand, as well as to protect customers and healthcare workers who rely upon the availability and proven quality of authentic 3M-brand N95 respirators.

17.     Unfortunately, and notwithstanding 3M's efforts, opportunistic third parties throughout the United States have sought to exploit the increased demand for the 3M-brand N95 respirators by, upon information and belief, offering to sell them for exorbitant prices, selling counterfeit versions of them, and accepting money for 3M-brand N95 respirators that they do not possess or are not authorized to sell.

18.     RX2Live is an example of a third party undertaking unlawful actions – in this District – seeking to exploit the 3M brand and prey on unwitting customers and governmental agencies in the midst of the COVID-19 public health emergency.

19.     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

1    Executed this 24th day of April, 2020 at St. Paul, Minnesota.

2

3    Charles Stobbie

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CHARLES STOBBIE ISO MOTION FOR TRO,
1:20-CV-00523-NONE-SAB