MAYER BROWN LLP
CARMINE R. ZARLENGA (*pro hac vice*)
czarlenga@mayerbrown.com
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

DALE GIALI (SBN 150382)
dgiali@mayerbrown.com
KERI E. BORDERS (SBN 194015)
kborders@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile:  (202) 625-0248

*Attorneys for Plaintiff 3M Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RX2LIVE, LLC and RX2LIVE, INC.,<br><br>　　　　　Defendants. | Case No.:1:20-cv-00523-NONE-SAB<br><br>**CERTIFICATE OF SERVICE**<br><br><br>Action Filed:  April 10, 2020<br>Amended Complaint Filed:  April 19, 2020<br>Jury Trial Demanded |

# CERTIFICATE OF SERVICE

I, Natasha Vojdany, declare:

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Mayer Brown LLP, 350 South Grand Avenue, 25th Floor, Los Angeles, California 90071-1503. On April 27, 2020 served a copy of the within document(s):

**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AGAINST RX2LIVE, LLC AND RX2LIVE, INC.**

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**DECLARATION OF DAVID A. CRIST IN SUPPORT OF PLAINTIFF 3M COMPANY'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**DECLARATION OF CHARLES STOBBIE IN SUPPORT OF PLAINTIFF 3M COMPANY'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**DECLARATION OF DALE GIALI IN SUPPORT OF PLAINTIFF 3M COMPANY'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**DECLARATION OF CARMINE R. ZARLENGA IN SUPPORT OF PLAINTIFF 3M COMPANY's MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

**[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AGAINST RX2LIVE, LLC AND RX2LIVE, INC.**

**TEMPORARY RESTRAINING ORDER CHECKLIST**

[x]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

RX2Live, LLC and RX2Live, Inc. *Defendants*
c/o Brian Hazelgren, CEO
3126 East Gary Street
Mesa, AZ 85213
(480) 639-3048

    I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on April 27, 2020 at Los Angeles, California.

                                            *Natasha Vojdany*
                                            Natasha Vojdany