# EISENBERG & CARTON
ATTORNEYS AT LAW
405 RXR PLAZA
UNIONDALE, NEW YORK 11556
TELEPHONE (516) 221-3700
FACSIMILE (516) 977-3337

May 4, 2020

**BY ECF**

Magistrate Judge Stanley A. Boone
Robert E. Coyle United States Courthouse
2500 Tulare Street
Fresno, CA 93721

    Re: 3M Company v. RX2Live, LLC and RX2Live, Inc.
       United States District Court, Eastern District of California,
       Civil Action Number 2:20-cv-00523

Dear Magistrate Judge Boone:

  Pursuant to Your Honor's May 1, 2020 Order [Dkt. 20] granting my pro hac vice application, attached is the certificate of good standing that I received today from the New York court, my state of primary practice.

  Thank you very much for granting my application prior to the submission of the enclosed certificate. Based upon my email correspondence with the staff member in the office of the New York court that issues such certificates (Exhibit B to my pro hac vice application), I was concerned it would take much longer to receive the certificate due to the current crisis.

                Respectfully submitted,

                Lloyd M. Eisenberg

cc: Plaintiff's Counsel
  (by ECF)



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Lloyd M. Eisenberg** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 12th day of April 1989, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on April 30, 2020.

Clerk of the Court