MAYER BROWN LLP
CARMINE R. ZARLENGA (*pro hac vice*)
*czarlenga@mayerbrown.com*
1999 K Street, N.W.
Washington, DC  20006-1101
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

DALE GIALI (SBN 150382)
*dgiali@mayerbrown.com*
KERI E. BORDERS (SBN 194015)
*kborders@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone: (213) 229-9500
Facsimile:  (213) 625-0248

*Attorneys for Plaintiff*
3M COMPANY

EISENBERG & CARTON
LLOYD M. EISENBERG (*pro hac vice*)
*leisenberg@eisenbergcarton.com*
405 RXR Plaza
Uniondale, NY  11556
Telephone: (516) 221-3700
Facsimile:  (516) 977-3337

*Attorneys for Defendants*
RX2LIVE, LLC AND RX2LIVE, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 3M COMPANY,<br><br>                Plaintiff,<br><br>    vs.<br><br>RX2LIVE, LLC and RX2LIVE, INC.,<br><br>                Defendants. | Case No. 1:20-cv-00523-NONE-SAB<br><br>**STIPULATED PRELIMINARY INJUNCTION AGAINST RX2LIVE, LLC AND RX2LIVE, INC.**<br><br>Action Filed:  April 10, 2020<br>Amended Complaint Filed:  April 19, 2020<br>Jury Trial Demanded |

The undersigned counsel for Plaintiff 3M Company ("Plaintiff" or "3M") and Defendants RX2Live, LLC and RX2Live, Inc. ("Defendants" or "RX2Live") (collectively, the "Stipulating Parties"), in the above-captioned action, hereby stipulate and agree that:

**WHEREAS**, 3M filed the above-captioned case against RX2Live, LLC in the Eastern District of California, Fresno Division, on April 10, 2020;

**WHEREAS**, 3M amended its Complaint on April 19, 2020 to add Defendant RX2Live, Inc., which owns 100% of the assets of Defendant RX2Live, LLC, and served Defendants on April 20, 2020;

**WHEREAS**, on April 27, 2020, 3M filed a motion for a temporary restraining order ("TRO") and preliminary injunction as to its federal and state claims for trademark infringement and dilution, unfair competition, false endorsement, false association, false designation of origin, and unlawful, unfair, and fraudulent business acts and practices. (Doc. No. 14-1.);

**WHEREAS**, on April 30, 2020, the Court granted 3M's motion for a TRO in its entirety and further ordered that Defendants appear before The Honorable Dale A. Drozd, District Judge, United States District Court for the Eastern District of California, on May 12, 2020, at 10:00 a.m. (Pacific Time), and show cause as to why the court should not enter an order granting a preliminary injunction against Defendants;

**WHEREAS**, Defendants state that they are entering into this Stipulation in order to avoid the cost of responding to 3M's motion for a preliminary injunction because Defendants state that they have never marketed or sold 3M products, and have no present intention of marketing or selling 3M products, except that Defendants did attempt for a short time to market and sell the 3M N95 masks at issue in this action as an agent of another company;

**WHEREAS**, by entering into this Stipulation and agreeing to provide the reports required by Paragraph 5 below, Defendants do not admit any issue of law or fact, or admit any responsibility, wrongdoing, liability, or guilt, including but not limited to the allegations made by the 3M in its Amended Complaint, and affirmatively denies same;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Stipulating Parties, through their respective counsel, to the entry of a preliminary injunction as follows:

1. Pursuant to Fed. R. Civ. P. 65(a), Defendants, their agents, servants, employees, officers and all persons and entities in active concert and participation with them, are enjoined during the pendency of this action from engaging in any false, misleading, and/or deceptive conduct in connection with 3M and its products, including, without limitation, representing themselves as being authorized distributors, vendors, agents, representatives, retailers, and/or licensees of 3M and/or any of 3M's products (including, without limitation, 3M-brand N95 respirators); falsely representing to have an association or affiliation with, sponsorship by, and/or connection with, 3M and/or any of 3M's products; falsely representing that 3M has increased the price(s) of its 3M-brand N95 respirators; and offering to sell any of 3M's products at a price and/or in a manner that would constitute a violation California Penal Code § 396 and/or California Business and Professions Code §§ 17200 *et seq.*

2. Pursuant to the Court's equitable powers and discretion, and because of 3M's financial standing, 3M need not post a bond.

3. This Court shall retain jurisdiction to hear and determine all matters arising out of, relating to, and/or otherwise concerning the interpretation and/or enforcement of this Order.

4. The Temporary Restraining Order entered against Defendants in this action on April 30, 2020 (Doc. No. 18) is vacated and superseded by this Order.

5. Defendants shall file a written report detailing the steps taken to comply with this Order on June 1, 2020, and thereafter on the first day of each quarter, continuing throughout the pendency of this action, except that in any such subsequent quarter, a certification that Defendants are not selling, attempting to sell, advertising or otherwise involved in the marketing of any 3M product shall suffice for such report.

6. This stipulation shall not be admissible and shall not be otherwise accorded any evidentiary weight or value in connection with any determination of the merits in this action, whether by trial, summary judgment or otherwise.

1       **AGREED TO AND STIPULATED UPON**.

2   Dated:  May 6, 2020         By: */s/ Carmine R. Zarlenga*

MAYER BROWN LLP
CARMINE R. ZARLENGA (*pro hac vice*)
*czarlenga@mayerbrown.com*
1999 K Street, N.W.
Washington, DC  20006-1101
Telephone:     (202) 263-3000
Facsimile:       (202) 263-3300

DALE GIALI (SBN 150382)
*dgiali@mayerbrown.com*
KERI E. BORDERS (SBN 194015)
*kborders@mayerbrown.com*
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:     (213) 229-9500
Facsimile:       (213) 625-0248

*Attorneys for Plaintiff*
3M COMPANY


By: */s/ Lloyd M. Eisenberg (with permission)*

EISENBERG & CARTON
LLOYD M. EISENBERG (*pro hac vice*)
*leisenberg@eisenbergcarton.com*
405 RXR Plaza
Uniondale, NY  11556
Telephone:     (516) 221-3700
Facsimile:       (516) 977-3337

*Attorneys for Defendants*
RX2LIVE, LLC and RX2LIVE, INC.


IT IS SO ORDERED.

Dated:  **May 8, 2020**

                                         *Dale A. Drozd*
                              UNITED STATES DISTRICT JUDGE