EISENBERG & CARTON
LLOYD M. EISENBERG (*pro hac vice*)
*leisenberg@eisenbergcarton.com*
405 RXR Plaza
Uniondale, NY 11556
Telephone: (516) 221-3700
Facsimile: (516) 977-3337

*Attorneys for Defendants*
RX2LIVE, LLC AND RX2LIVE, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3M COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RX2LIVE, LLC and RX2LIVE, INC.,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00523-NONE-SAB<br><br>**REPORT PURSUANT TO STIPULATION AND ORDER** |

The undersigned counsel for Defendants RX2Live, LLC and RX2Live, Inc. ("Defendants") hereby certifies pursuant Paragraph 5 of the Stipulation, So-Ordered on May 8, 2020 [Dkt 23] (the "Stipulation and Order") that:

　　　　1.　　Neither Defendant has sold, attempted to sell, advertised or otherwise has been involved in the marketing of any 3M product since the service of the Plaintiff's Original Complaint upon RX2Live, LLC.

　　　　2.　　Neither Defendant has any present intention of selling, advertising or otherwise marketing 3M products.

　　　　3.　　In the event that either Defendant does decide to sell, advertise or otherwise market any 3M product, appropriate due diligence will be conducted to ensure that all such activities comply with Paragraph 1 of this Stipulation and Order.

　　　　4.　　This certification is made by Defendants' undersigned counsel after due inquiry of

Defendants' Chief Executive Officer.

5. The undersigned counsel for Defendants apologizes for the oversight in filing this report two days past the due date for the same.

Dated: June 3, 2020

    EISENBERG & CARTON

    */s/ Lloyd M. Eisenberg*
    By:_____
    Lloyd M. Eisenberg (*pro hac vice*)
    *leisenberg@eisenbergcarton.com*
    405 RXR Plaza
    Uniondale, NY 11556
    Telephone: (516) 221-3700
    Facsimile: (516) 977-3337

    *Attorneys for Defendants*
    RX2LIVE, LLC and RX2LIVE, INC.