EISENBERG & CARTON
LLOYD M. EISENBERG (*pro hac vice*)
*leisenberg@eisenbergcarton.com*
405 RXR Plaza
Uniondale, NY 11556
Telephone: (516) 221-3700
Facsimile: (516) 977-3337

*Attorneys for Defendants*
RX2LIVE, LLC AND RX2LIVE, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 3M COMPANY, | Case No. 1:20-cv-00523-NONE-SAB |
| Plaintiff, | **REPORT PURSUANT TO STIPULATION AND ORDER** |
| vs. | |
| RX2LIVE, LLC and RX2LIVE, INC., | |
| Defendants. | |

The undersigned counsel for Defendants RX2Live, LLC and RX2Live, Inc. ("Defendants") hereby certifies pursuant Paragraph 5 of the Stipulation, So-Ordered on May 8, 2020 [Dkt 23] (the "Stipulation and Order") that:

1.       Neither Defendant has sold, attempted to sell, advertised or otherwise has been involved in the marketing of any 3M product since before the service of the Plaintiff's Original Complaint upon RX2Live, LLC.

2.       This certification is made by Defendants' undersigned counsel after due inquiry of Defendants' Chief Executive Officer.

January 8, 2021

EISENBERG & CARTON

*/s/ Lloyd M. Eisenberg*
By:_____
Lloyd M. Eisenberg (*pro hac vice*)
*leisenberg@eisenbergcarton.com*

405 RXR Plaza
Uniondale, NY  11556
Telephone: (516) 221-3700
Facsimile:      (516) 977-3337

*Attorneys for Defendants*
RX2LIVE, LLC and RX2LIVE, INC.

REPORT PURSUANT TO STIPULATION AND ORDER
CASE NO. 1:20-CV-00523-NONE-SAB